FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 19 2021

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

Billy Edward Taylen
_____
(Name of Plaintiff)

vs.

Yakima County District Court
City Yakima Municipal Court
_____
(Names of ALL Defendants)

1:21-cv-03020-SMJ

CIVIL RIGHTS COMPLAINT
BY A PRISONER UNDER 42
U.S.C. § 1983

I.  **Previous Lawsuits**

   A. Have you brought any other lawsuits in any federal court in the United States while a prisoner?    ☒ YES    ☐ NO

   B. If your answer to A is yes, how many? ___5___ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

   1. Parties to this previous lawsuit:

      Plaintiff: Billy Edward Taylen

      Defendants: City of Yakima Municpal Court
      Yakima County District Court

-1-

(Rev. 11/09)

2. Court (give name of District): **Eastern District of Washington**

3. Docket Number: **Not sure**

4. Name of judge to whom case was assigned: **Saul Mendoza**

5. Disposition (For example: Was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?): **2018 not sure been living on 2016 yes the streets no address 2021 waiting**

6. Approximate date of filing lawsuit: **2016, 2018, 2021**

7. Approximate date of disposition: **2018**

II. Place of Present Confinement: **Yakima County Prison**

    A. Is there a prisoner grievance procedure available at this institution? ☒ YES ☐ NO

    B. Have you filed any grievances concerning the facts relating to this complaint? ☒ YES ☐ NO
    If your answer is NO, explain why not: **N/A**

    C. Is the grievance process completed? ☐ YES ☒ NO

    D. Have you sought other informal or formal relief from the proper administrative officials regarding the acts alleged in this complaint? ☐ YES ☒ NO
    If your answer is NO, explain why not: **Still in process waiting Washington State Bar Asso. about Assault took place while incarcerated I was transferred as property missing**

III. Parties to this Complaint

    A. Name of Plaintiff: **Billy Edward Kuycen**    Inmate No.: **84516**
    Address: **8403 S. 13th Street Yakima, WA 98901**

(In Item B below, place the full name of the defendant, his/her official position, and his/her place of employment. Use Item C for the names, positions and places of employment of any additional defendants. Attach additional sheets if necessary.)

    **City Yakima Municipal Court**
    B. Defendant: **Yakima District Court** Official Position: **Yakima City Yakima**
    Place of Employment: **Municipal Court District Court County**

-2-

C. Additional Defendants (NOTE: These Defendants must be listed in the caption of the Complaint.): _City of Yakima Municipal Court_

**IV    Statement of Claim**

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates, places and other persons involved. Do not give any legal arguments or cite any cases or statutes. If you allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.)

7Z1090392 DATE 2-21-2019 Assault 4 Mrs. Elise Colbrooke from Yakima County Department of Public Assign Counsol Dismissal with Prejudice on 2-21-2019 Yakima County district Court dismissed my charges with prejudice.

6Z0325513 DATE 4-1-2016 Violation Ov Protection Order & Drug Paraphenaia Mr. Richard Gilliland Law Firm of Yakima WA. Had my case Dismissed with Prejudice Yakima City Municipal Court Compotint Restoration RR Ta.N To Eastern State Mental Health Hospital

Statement of Claim

6Z0605565 DATE 7-16-2016 SHOP LIFTING MR. Richard Gilliland of Yakima WA. HAD my CASE dismissed Competent Restoration with Prejudice I do believe DR Fredrickson from Eastern State Mental Hospital evaluated me.

Also DR. Morrison gave me a Mental Health Eval which came back Competent Mickey Krom was my Attorney And private Eval and Eastern State Mental Health were both done on Mal Mischief 2 1610168339 for the discovery of deposition upon the diagnoses of Mental Evolution

Also Self West Represented me Pass cc 1913128839 2019 And Pass cc 1910192239 2020

Methuseloh is my of the holy bible Representing My brother of the institution Saint Stephen and my little Brother, Church of latter day Saints Gage Blvd. Richland WA. The Missionary came to my house from the Church in Richland. Please Contact the Mormon Church about me please I should never been back up. And I was off 48 hours prior to the Probation having no jurisdiction No witness between no probation 6-21-18 - 6-25-18 only hearing officer. Advised I was off probation

520869899 DATE 10-1-2015 2 TRESPA-
SSing, Obstruction of law Enforcement
Resisting Arrest, Paraphernalia MRS. lisa
Sehler TRoy lee Asso. of Yokima WA.
HAD my Case dismissed Compotent
Restoration due to Western State
Hospital Mental Health brief provided
DR. leslie Pickett.

620605565 DATE 7-16-2016 Shop LIFTING
MR. Richard Gilliland of Yokima WA.

## V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

Chronic pains & grave emotional mental pyhsical
disorders due to false imprisonment. (Herdship)
loss of wages Shasis Croperation, Seven Mental
Health Evaluation due to false imprisonmental's
I have Ask for. Asking 1,500 Moxium per day of
12 plus years, of incarceration jail & prison sentences.
I want every day counted for. I am not suppose to be
in hell de par
Trillion for each cause
that found with
prejudice dismisse
cross-fire on
me as your
are

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 14 day of Febuary, 2021.

Allen Taylor
(Signature of Plaintiff)

-4-

Relief

I Am seeking More relief due to Moral Anguish from Conscience - Sub Conscience My Sleep being disrupted My Great Aunt Vivian Coming to me 2010 while I lived 1118 N. Buchanan St. Apt C in Sleep due to her house burning down LLC Ein. Once she took me to Ron's Coin banks Store bought Me a Ken Griffey JR Rookie baseball card upperdeck Representing the upper Room. Ken As Me Only Male barbie Parliament tele - Ken - is (Tele - Billy - is)

later on 1990 I bought Steve Largent + Jim Zorn Topps Rookie card And Vivian & My self put Yakima Valley Credit Union 5th Ave. Safe deposit Box (Capital Theater Bricks with Name seen Once. And once stayed with Stephen Baker 803 Spokane Ave Yakima WA. 98902

Furthermore 1997 I recieved a fracture jaw And went thru Special Surgery Sivler VAlE, Belleiv WA. Mission Creek Youth Camp was released early before ERD Mental Plate with 4 screws with brief Please investigate

More closer to releases in passage from Time like to show you Thru Herbal Tribal or Dispatch the CAT SCAN Done on Me. I Am your American Emperor with More. Please help Me with the Mexican of Fonds Money due to Mentedness Your honor my teeth I need implant i Am missing My right front tooth today. but do to My life Style false imprisonment I Am unable to Afford or be Capable to keep myself Safe enough environment. Community Supervisor Also false imprisonment
   6/28/18 no Jurisdiction appealed filed.
I have left side Nerve damage from plastic Surgery due to Nevlong fracture. Mission Creek Youth Camp And More no Dental here at the Yakima County Jail tooth ach occurrances Cronic bone pains.

Relief

Me being (Tree of life)(Parliament)(Microsoft HEAD Quarter) Me Billy Edward Toycen Born Memorial Hospital to Terese Lynn Toycen July 19, 1978 pre Birth Certificate Birthright The Nursery to have been hold safe prior to 2014 Me being the (8 Satilite's)(President of United States)(Ark of Covenant)(Masterdoor)(Lamb of God) Church of latter day Saints Salvation Army, Stephen & Janet Toycen Grandson Clifford Toycen's Greatgrandson, Vivian Miller Elder of liberty building Vetscen, My Grandma's Janet Sister.

Ark of Covenant Me being the Male and having females 12th Man the Garden of Eden please Sample Pope benidickt being my Mentor just help with Guarding Are ways of life. The women and men of parliament. Foxcomila

I would like My Criminal Record of recent felony Charge Adjudicate community Supervision looked upon with my Appeals to Olympia WA. Edfonsmon's people to people Tommy Hollingworth.

My Grandparents both retired from the Army Clifford Toycen WWI WWII Stephen Toycen Korean Viet Nam So I Am your (American Emperor)(Gold beats Holy spricepture Say (Pure beel)(Peor beel) referring to Me as the Sun with I Am your (earth I-Cloud) And I Am ready for My Journey to Continue. I Am your Yakima City County Music Note down from the College Dog & Hog and love of chickher's The place Me Benton Jail Correction went thru

Atomy Peches Enet Cheese Holy One Fire in the Sky Alien Adam Goza

Tabernagle of life Rainier (enezime)  Tomb of life

I want relief from destruction of character Slander. I Am your light of relation.

I Am seeking pathological mental deterioration due to false imprisonment And moral psychology disorders from being messed with sexually from the spirit upon my body being able very capable to bring back (desiperation) Alive living womens My Moral of life style enviormental or strauction living beyound my moral Foundation of A strong up bringing of Christeinity Atheist ways.

eye of coveAnt DARwinism Black Box down to A perfection of feathering Mirco orgamism's Plasigen My Blood Red & white Blood Cells keeping balance Almish, Amish. Race me being the ARK. OvaL office of the egg the Moon, eorth As I. Cloud And me As your American Emperor, All three I Am Carried eye oN Around my head. BlAck Diamond. I want Remebrivised for False imprisonment Plus what the psychiatric writter in my briefs. TRoy lee's. Richard Gi Nileod's time effort in helping me fight my cases

Relief

I bought a 2006 Hyndia Elantra 4 speed and when Dyanne Wantelango locked me up for false imprisonment for Poss. CS meth when she had no jurisdiction to Arrest me or better yet be on property 6-28-2018 And 6-18-2018 I turned myself in swift Certain So 6-23-2018 I went to an Probation hearing And there was no witness to the hearing beside the hearing officies he advised me I was off 6-26-2018 and never advised me to check in with department of correction this all took place 2nd floor main jail. I was follow by a (matordom) or teatwing of ladies guarding my back down the corridor main jail ground level. later the ladies got messed with to where I was messed with Sexually Spiritally as well pyhically Serenity hall and Yakima Union Gospel mission And Yakima County Jail 3rd floor Mental Health D-TANK open bay.

Futher more on 2/22/19 I turn myself in

And Officier Cordoba As well As another officier were put together to safe the scale off. Me being free of like flaming sword making way for me. on 2-27-2019 TRANsferred til Benton County Jail. (well about nan Elantra) During the time frame 6/28/2018 til 7-17-2018 Officier Taylor Came in Visitation saying Someone stole my CAR I said charge him. Nothing got done I'd say it was worth 5,000 paid 2020, with rims & payed for fakeon Racing Kingsregon State Prison Guard

17.3 Toyo Tires

Alpine Duo GPS DVDbloDen w/ 12" Subwoofer big fan DC Racing Rims - Alpine F540 6x9 Alpine type R Receiver 8.5 component type R rosgate capaciter I faded

Another winter tire rosgate Speakers 250.1 Ipod wirers 4GB Another Type Alpine le, Amp Rockford rosgate Power Series 500.1 mono. New Raditor, kap, thremistat Anti freeze. And when park at River Miren lake Someone Stole it. I later found my car on 11th Ave off washington And Report it in the Morning to 911 911 dispatch told me that a Civil Suit it was never Stole- like being Stole it

And Class action relief between 4thand and Officer Action law suit they can't steal my ride The same thing similar happen with my 2009 Acura Type S paid 6300 was 10,900 blue book still I report stolen 9-23-2019 through Union Gap, police department Officer Hunt Agen said Abondon in which that's not what took place Douglas towing wrecker. try to repesis my vehical when sold as is. Please every time I've gotten vehical either My DOD or Correction As tried Stealing Steaning me on foot. And Calling the law on me Numbers time. I perchased the Elaobra from Patiale page And ACURA A.A. Mini Mart. you can please be Advised that I wAnt Remembraised on 9-23-2019 when booked into county jail from officer Valencie calling the law from Yakima county jail booking. My friend gave me my Acure key back And was helping me retrieve my ride. Please help me understand why officer Bustamante was in my vehical and was told during an incident were I jerked from

the officier was laying on ground with across these radio's I am your American emperor? Sept. 2019 I wrote Jordernece washington bar assn. aclu, American Center for Justice. I want reembursment for my vehicels billes towing the low blisingly reported saying to sterling city of yakima with prejudice against me. Yakima County with prejudice against me. The officier was in my vehical after striking me several time while I wrote wrote, I had cook and were my days off and they wanted kitchen workers for other jail to took food. After incident in booking cell it showed the officier bustamerte in my vehical. Plus I never got my access key back. or kellico phone (505 302 4822) a link 6/28/2018 6/28/2018 dist. sky release 20 June papers sept 21, The actual date I walked out as was 6-22-2018. I belive these saying so on save the post.